IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-01564-ZLW-BNB

LARRY SHOVAN,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant.

_____

ORDER
_____

    After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case. Therefore, it is

    ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

    Dated at Denver, Colorado, this  29  day of July, 2008.

                                BY THE COURT:

                                s/ Zita L. Weinshienk

                                _____

                                ZITA L. WEINSHIENK, Senior Judge
                                United States District Court