IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01564-LTB-BNB

LARRY SHOVAN,

Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Pursuant to the **Stipulated Motion to Extend Time for Expert Disclosures and Vacate Hearing Scheduled on June 10, 2009** [docket no. 24, filed May 28, 2009] (the "Motion").

IT IS ORDERED that the **Plaintiff's Motion to Compel Production of the Claims File and for an Extension fo Time to Disclose Experts** [docket no. 20, filed May 1, 2009] is DENIED AS MOOT.

DATED: May 29, 2009