IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01564-LTB-BNB

LARRY SHOVAN,

Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

   Upon notice from the parties that the dispute has been resolved:

   IT IS ORDERED that **Defendant's Motion for Protective Order** [Doc. # 27, filed 6/1/2009] is DENIED as withdrawn.


DATED: June 11, 2009