IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01564-LTB-BNB

LARRY SHOVAN,

Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

Defendant.

_____

## ORDER

_____

This matter arises on the parties' **Amended Stipulated Motion for Protective Order**

[Doc. # 31, filed 6/11/2009] (the "Amended Motion"). I held a hearing on the Amended Motion

this afternoon and explained to the parties the preferred format for a blanket protective order

such as the one sought here. Consistent with the matters discussed at the hearing today:

IT IS ORDERED that the Amended Motion is DENIED, and the draft protective order is

REJECTED. The parties are granted leave to submit a revised draft order consistent with my

comments at the hearing this afternoon.

Dated June 24, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge