**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No.  08-cv-01564-LTB-BNB

LARRY SHOVAN,

       Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

       Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 39 - filed July 23, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                          BY THE COURT:

                            s/Lewis T. Babcock
                          Lewis T. Babcock, Judge

DATED:   July 24, 2009